UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    UNITED STATES OF AMERICA,

                      Plaintiff,              17 Cr. 449-5 (KPF)

           v.                                     ORDER

    MIGUEL RODRIGUEZ,

                      Defendant.
------------------------------------------------------------ X

KATHERINE POLK FAILLA, District Judge:

    It is hereby ORDERED, that the defendant, Miguel Rodriguez, USM# 79998-054, is hereby remanded to the custody of the United States Marshal.

    SO ORDERED.

Dated:    July 11, 2023
            New York, New York

                                                                  KATHERINE POLK FAILLA
                                                              United States District Judge